## WELLS FARGO V. DORDONI

This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**WELLS FARGO BANK, N. A.,**
**Plaintiff-Appellee,**
**v.**
**ESTATE OF BRUCE BERLIN and ANNA O. BERLIN, Husband and Wife; JEMEZ MOUNTAIN DEVELOPMENT, LLC; TIMBERLAKE RANCH LANDOWNERS' ASSOCIATION; NEW MEXICO TAXATION AND REVENUE, DEPARTMENT, MOTOR VEHICLE DIVISION; ABC CORPORATION I-X; JOHN DOES I-X and JANE DOES I-X; THE UNKNOWN HEIRS AND DEVISEES OF ANY OF THE ABOVE, if deceased,**
**Defendants,**
**and**
**RON DORDONI,**
**Defendant-Appellant.**

Docket No. A-1-CA-37214
COURT OF APPEALS OF NEW MEXICO
May 2, 2019

APPEAL FROM THE DISTRICT COURT OF MCKINLEY COUNTY, Robert A. Aragon, District Judge

### COUNSEL

McCarthy & Holthus, LLP, Jade Rotonda, Albuquerque, NM, Snell & Wilmer LLP, Jeanne Y. Sohn, Gregory J. Marshall, Phoenix, AZ for Appellee

Ron Dordoni, Ramah, NM Pro Se Appellant.

### JUDGES

LINDA M. VANZI, Judge. WE CONCUR: M. MONICA ZAMORA, Chief Judge JACQUELINE R. MEDINA, Judge

**AUTHOR:** LINDA M. VANZI

### MEMORANDUM OPINION

**VANZI, Judge.**

**{1}**     Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition.  No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}     IT IS SO ORDERED.**

**LINDA M. VANZI, Judge**

**WE CONCUR:**

**M. MONICA ZAMORA, Chief Judge**

**JACQUELINE R. MEDINA, Judge**